IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:06-cr-35-MP-GRJ

BETTY JO RAINS,

_____/

## O R D E R

This case is before the Court on Doc. 483, Defendant's motion for leave to file a

second amended § 2255 motion, and Docs. 484 and 485, the Government's motion to

unseal Defendant's psychological assessment for the limited purpose of responding to

the § 2255 motion.

Upon due consideration, it is **ORDERED:**

1.  The Defendant's motion for leave to file a second amended § 2255 motion, Doc. 483, is **GRANTED**.  Defendant shall file the motion **on or before October 26, 2011**.  The amended motion shall set forth all of Defendant's claims, and shall not refer back to or incorporate her prior motions by reference.

2.  The Government's motion to unseal Defendant's psychological assessment is **GRANTED** for the limited purpose of responding to Defendant's claims.  The **Clerk** shall furnish counsel for the Government with a copy of Doc. 351, but the report shall remain as a sealed filing on the docket.

3.  The Government shall have until **December 27, 2011**, to respond to the amended § 2255 motion.

4.  Defendant shall have until **January 26, 2012,** to file a reply, if desired.

**DONE AND ORDERED** this 26th day of September 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge