IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-35-MP-GRJ

BETTY JO RAINS,

_____/

## O R D E R

This case is before the Court on Doc. 500, Defendant's motion for an extension of time to file a reply to the Government's response in opposition to her § 2255 motion. Defendant's reply was due March 26, 2012 and she seeks a 60-day extension of time.

Upon due consideration, it is **ORDERED:**

Defendant's motion for extension of time, Doc. 500, is **GRANTED.** Defendant's reply is due on or before **May 22, 2012.**

**DONE AND ORDERED** this 23rd day of March 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge