IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-35-MP-GRJ

BETTY JO RAINS,

_____/

## O R D E R

This case is before the Court on Doc. 509, Defendant's third motion for a thirty-day extension of time to file a reply to the Government's response in opposition to her § 2255 motion. Defendant states that additional time is necessary in order to complete a polygraph examination that she intends to submit as an exhibit to her reply. There is no authority for the Court to consider the results of a newly-obtained polygraph examination in connection with a pending § 2255 motion. If the Court determines that testimonial evidence is required from Defendant, then the Court will order an evidentiary hearing to obtain such evidence in accordance with Rule 8, Rules Governing Section 2255 Proceedings.

Accordingly, upon due consideration, it is **ORDERED:**

The motion for extension of time, Doc. 509, is **GRANTED** to the extent that if Defendant intends to reply to the Government's response she shall file such reply **on or before July 25, 2012**. No further extensions of time will be granted.

**DONE AND ORDERED** this 25th day of June 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge