# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATED OF AMERICA

v.  CASE NO.: 1:06cr35-MP-2
   1:11cv100-MP-GRJ

BETTY JO RAINS

_____/

## O R D E R

This matter is before the court on Defendant's Judicial Notice/Preservation of Issue. (Doc. 512). On July 11, 2012, the court affirmed the magistrate judge's order denying defendant's motion for polygraph exam (doc. 504) and denying without prejudice defendant's motion for evidentiary hearing (doc. 505). The defendant now requests reconsideration of the court's ruling.

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, "the court may relieve a party . . . from a final judgment, order, or proceeding for . . . (6) any [ ] reason that justifies relief." Fed. R. Civ. P. 60(b). However, "relief under [Rule 60(b)(6)] is an extraordinary remedy which may be invoked only upon a showing of exceptional circumstances," and "absent such relief, an extreme and unexpected hardship will result." *Griffin v. Swim-Tech Corp.*, 722 F.2d 677, 680 (11th Cir. 1984). Even when such circumstances exist, "whether to grant the requested relief is a matter for the district court's sound discretion." *Mock v. Bell Helicopter Textron, Inc.*, 373 Fed. Appx. 989, 991 (11th Cir. 2010).

The defendant has failed to show any exceptional circumstances that would justify relief under Rule 60(b)(6). Accordingly, defendant's motion for reconsideration (doc. 512) is DENIED.

**DONE and ORDERED** this 31st day of July, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**